ACCEPTED
04-15-00408-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/1/2015 3:40:40 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00408-CR

| | | |
|---|---|---|
| ARMANDO GARCIA VILLEGAS<br>APPELLANT | § <br> § <br> § | IN THE COURT OF APPEALS |
| | § | |
| V. | § <br> § | FOR THE FOURTH DISTRICT |
| | § <br> § | |
| THE STATE OF TEXAS | § <br> § | |
| APPELLEE | § <br> § | OF SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/01/15 3:40:40 PM
KEITH E. HOTTLE
Clerk

### MOTION FOR DISMISSAL OF APPEAL

On September 30, 2015 this Motion for Dismissal was filed by ARMANDO GARCIA VILLEGAS, requesting that the above-styled and numbered cause be dismissed.

Appellant respectfully asks that the Court grant the relief requested.

Respectfully submitted,

By: _____
Sergio C. Ybarra
State Bar No. 24056570
LaHood & Calfas, PLLC
1924 North Main Avenue
San Antonio, Texas 78212
Tel: (210) 212-6969
Fax: (210) 212-7766
E-mail: info@mysalaw.com
Attorney for Appellant

By: _____
Armando Garcia Villegas
Appellant